FILED
2010 AUG 26 P 12: 41

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF  CV 10 80 209 MISC

Craig Ronald Triance - #161079

_____/

**ORDER TO SHOW CAUSE**

It appearing that Craig Ronald Triance has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that he may not practice law while so enrolled effective July 27, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before October 8, 2010 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Craig Ronald Triance
Attorney At Law

1034 W Arrow Hwy Ste D PMB 202
San Dimas, CA 91773