1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILED**

NOV 2 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80209 MISC VRW

Craig Ronald Triance,

                                              ORDER
        State Bar No 161079

_____/

        On August 26, 2010, the court issued an order to show
cause (OSC) why Craig Ronald Triance should not be removed from the
roll of attorneys authorized to practice law before this court,
based upon his inactive enrollment by the State Bar of California
pursuant to Rule 9.21 of the California Rules of Court, effective
July 27, 2010.

        The OSC was mailed to Mr Triance's address of record with
the State Bar on July 21, 2010.  A written response was due on or
before August 27, 2010.  Mr Triance ha now advised the court that
he has resigned from the State Bar of California effective August
31, 2010.

        The court now orders Craig Ronald Triance removed from
the roll of attorneys authorized to practice before this court.
The clerk is directed to close the file.

        IT IS SO ORDERED.

                                    **VAUGHN R WALKER**
                                    **United States District Chief Judge**

United States District Court
For the Northern District of California

### UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Craig Ronald Triance

_____/

Case Number: CV10-80209 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Craig Ronald Triance
1034 W Arrow Hwy
Ste D
PMB 202
San Dimas, CA 91773

Dated: November 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*